# EXHIBIT B



Published Feb. 22, 2019 at 02:03PM

# Kris Kristofferson headed to Bend
## Outlaw country singer-songwriter will perform at Athletic Club



Kris Kristofferson (Ash Newell/Submitted photo)

Kris Kristofferson will help Bend make it through the night this summer.

The outlaw country singer-songwriter, known for composing songs such as "Sunday Mornin' Comin' Down," "Help Me Make it Through the Night" and "Me and Bobby McGee," will perform with band The Strangers as part of the Clear Summer Nights concert series at the Athletic Club of Bend at 7:30 p.m. July 2. Kristofferson most recently released the Grammy-nominated double album "The Cedar Creek Sessions" in 2016.

General admission tickets cost $42 plus fees and are on sale now at Newport Avenue Market or newportavemarket.com (http://newportavemarket.com). Dinner tickets cost $91 plus fees and are on sale now at the Athletic Club of Bend. Visit clearsummernights.com (http://clearsummernights.com) for more information.