Ava L. Schoen, OSB #044072
  Direct Dial:  503.802.2143
  Fax:  503.972.3843
  Email:  ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204

      Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)


| | |
|---|---|
| **ASH NEWELL**, <br><br>           Plaintiff, <br><br>   v. <br><br> **WESTERN COMMUNICATIONS, INC.,** <br><br>           Defendant. | Civil No. 6:19-CV-1258 <br><br> **DECLARATION OF AVA L. SCHOEN IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER FORUM** |

       I, Ava L. Schoen, declare under penalty of perjury under the laws of the United States of America, the following:

       1.    I am of counsel with the law firm of Tonkon Torp LLP and counsel for Defendant Western Communications, Inc.  If called as a witness, I would competently testify to the following facts, all of which are within my own personal knowledge.

       2.    I make this declaration in support of Western Communications, Inc.'s Motion to Dismiss or, in the Alternative, Transfer Forum.

Page 1 -    DECLARATION OF AVA L. SCHOEN IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER FORUM

3.    Richard Liebowitz of Liebowitz Law Firm, PLLC has appeared as attorney for plaintiff Ash Newell in this case [Doc. 1].

4.    On October 4, 2019, I searched the Oregon State Bar Membership Directory for the name "Richard Liebowitz."  There is no attorney by the name of Richard Liebowitz included therein.  On October 4, 2019, I spoke by telephone with Mr. Liebowitz who acknowledged that he is not a member of the Oregon bar.

5.    On October 8, 2019, I reviewed the docket in this case.  Mr. Liebowitz has not sought to be admitted *pro hac vice* in this case.

6.    Western Communications, Inc. filed for Chapter 11 bankruptcy protection on January 22, 2019 (the "Bankruptcy Case").  The Bankruptcy Case is pending in the United States Bankruptcy Court for the District of Oregon, Case No. 19-30223-tmb11.  Tonkon Torp LLP is counsel of record for Western Communications, Inc. in the Bankruptcy Case.

I DECLARE UNTIL THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

This Declaration was executed on the 8th day of October, 2019.

TONKON TORP LLP

By s/ Ava L. Schoen
    Ava L. Schoen, OSB No. 044072
    Direct Dial:  503.802.2143
    Direct Fax:  503.972.3843
    Email:  ava.schoen@tonkon.com
    1600 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR  97204-2099
    Attorneys for Defendant

000646/00045/10420036v1

Page 2 -    DECLARATION OF AVA L. SCHOEN IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER FORUM