Ava L. Schoen, OSB #044072
  Direct Dial: 503.802.2143
  Email: ava.schoen@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| **ASH NEWELL**, <br><br>    Plaintiff, <br><br> v. <br><br> **WESTERN COMMUNICATIONS INC.,** <br><br>    Defendant. | Civil No. 6:19-cv-1258 <br><br> **DEFENDANT'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER FORUM** |

Defendant hereby gives notice that Plaintiff has not filed a response to Defendant's Motion to Dismiss Or, In the Alternative, Transfer Forum ("Motion," ECF Dkt. #5). Defendant submitted the Motion on October 8, 2019. Pursuant to Local Rule 7-1(e), Plaintiff had 14 days to file a response. The 14-day deadline passed on October 22, 2019, without any submission from Plaintiff.

    DATED this 23rd day of October, 2019.

                               TONKON TORP LLP

                               By *s/ Ava L. Schoen*
                                  Ava L. Schoen, OSB No. 044072
                                    Direct Dial: 503.802.2143
                                    Email: ava.schoen@tonkon.com
                               1600 Pioneer Tower
                               888 SW Fifth Avenue
                               Portland, OR 97204-2099
                                  Attorneys for Defendant

Page 1 -   DEFENDANT'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER FORUM