Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: rl@liebowitzlawfirm.com

Michael O. Stevens
Stevens & Legal
1915 NE Stucki Avenue
Suite 308
Hillsboro, OR 97006
971-533-6178
Fax: 971-228-2608
Email: michael@hillsborofirm.com

Attorneys for Plaintiff Ash Newell

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (Eugene Division)

| | |
|---|---|
| ASH NEWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL OREGON MEDIA GROUP,<br>LLC<br><br>    Defendant. | Civil No. 6:19-cv-01258-MK<br><br>**STIPULATION OF<br>SETTLEMENT AND DISMISSAL** |

Pursuant to the Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of the parties, the parties have settled and this action is dismissed without costs or attorneys to any party.

PAGE 1 – STIPULATION OF DISMISSAL

/ / /

/ / /

IT IS SO STIPULATED effective this 19th day of May, 2020:

| | |
|---|---|
| LIEBOWITZ LAW FIRM, PLLC<br><br>By:  *s/ Richard P. Liebowitz*<br>   Richard P. Liebowitz<br>   Telephone: 516.233.1660<br>   Email: rl@liebowitzlawfirm.com<br><br>   Attorneys for Plaintiff Ash<br>   Newell | TONKON TORP LLP<br><br>By:  *s/ Steven M. Wilker*<br>   Steven M. Wilker, OSB No. 911882<br>   Direct Dial: 503.802.2040<br>   Email: steven.wilker@tonkon.com<br><br>   Attorneys for Defendant<br>   Central Oregon Media Group, LLC |
| STEVENS & LEGAL<br><br>By:  *s/ Michael O. Stevens*<br>   Michael O. Stevens<br>   Telephone:  971.533.6178<br>   Email: michael@hillsborofirm.com<br><br>   Attorneys for Plaintiff Ash Newell | |