IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ASH NEWELL,<br><br>                              Plaintiff,<br><br>V.<br><br>CENTRAL OREGON MEDIA GROUP, LLC,<br><br>                              Defendant. | 6:19-cv-01258-MK<br><br>JUDGMENT |

As per the Stipulated Notice of Voluntary Dismissal (ECF No. 23), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this action is dismissed without costs or attorney's fees to any party.

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 21st day of May 2020.

                                             s/ Mustafa T. Kasubhai
                                             MUSTAFA T. KASUBHAI
                                             United States Magistrate Judge